## Intended Notice Recipients – Method of Notice

District/Off: 0860–3     User: tanya     Date Created: 6/5/2008
Case: 3:07–ap–01310     Form ID: pdfwotrm     Total: 5

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
ust    U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov
aty    Davis H. Loftin    davislof@comcast.net, skwilso2@comcast.net

                                                                                                                            TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
pla    Keith B. Mosby    111 Vernon Drive    Forrest City, AR 72335
dft    Darrell B. Britt    4007 Kent Place    Jonesboro, AR 72404
intp    Warren E. Dupwe    U.S. Bankruptcy Trustee    300 W. Jefferson    Jonesboro, AR 72401–2751

                                                                                                                            TOTAL: 3